IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| WINDHAM TODD PITTMAN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv959-MHT |
| | ) | (WO) |
| STATE FARM FIRE AND | ) | |
| CASUALTY INSURANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 78), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Geneva County Sheriff (Gregory Ward) is dismissed without prejudice and terminated as a party, with costs taxed as paid.

It is further ORDERED that the motion to dismiss (doc. no. 58) is denied as moot.

All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 9th day of March, 2015.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**