IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WINDHAM TODD PITTMAN,      )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      2:14cv959-MHT
                           )          (WO)
STATE FARM FIRE AND        )
CASUALTY INSURANCE         )
COMPANY; et al.,           )
                           )
     Defendants.           )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (doc. no. 87, 88, & 89) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 86) is adopted.

(3) The motions to dismiss (doc. nos. 13, 55, 60, & 62) are granted, and this case is dismissed in its entirety, as set forth below.

(4) Counts One and Two of the First Amended Complaint (doc. no. 33) are dismissed with prejudice.

(5) Counts Three and Four of the First Amended Complaint (doc. no. 33) are dismissed without prejudice, and with leave to refile in state court.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of December, 2015.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE